IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
)
)
)
Plaintiff(s), )
)
v. ) Case No. CR-19-00078-G
ANTHONY WHITTLEY, ET AL. )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____, Marysville Mutual Insurance Company.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Ryan J. Reaves         10/20/2021
Signature                 Date

Ryan J. Reaves
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Mullins Mullins Sexton & Reaves
Firm

6307 Waterford Blvd., Suite 215
Address

Oklahoma City, Oklahoma 73118
City              State        Zip Code

(405) 235-2335
Telephone

rreaves@mmsrlaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

✔ I hereby certify that on October 22, , 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

Ryan J. Reaves

s/ Attorney Name